UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

LEANDRE WILEY, on behalf of
himself and on behalf of all
others similarly situated,

    Plaintiff,

v.                                          Case No.:

TRAVELCENTERS OF AMERICA, LLC

    Defendant.

_____/

FILED
MAY 26 2021
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

## MOTION FOR ADMISSION *PRO HAC VICE* OF MARC EDELMAN

Marc R. Edelman, Esq., undersigned counsel for Plaintiff, LeAndre Wiley, on his own behalf and on behalf of those similarly situated, hereby moves that Marc R. Edelman, Esq. be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiffs in the above-captioned matter pursuant to Northern District of Ohio Local Rule 83.5.

In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of Marc R. Edelman, Esq. filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules.

Dated this 25th day of May, 2021.

/s/ *Marc R. Edelman*
MARC R. EDELMAN, ESQ.
MORGAN & MORGAN, P.A.
201 N. Franklin Street, Suite 700
Tampa, FL 33602
Telephone: 813-223-5505
Fax: 813-257-0572
MEdelman@forthepeople.com

## CERTIFICATE OF SERVICE

I hereby certify, that on this 25th day of May, 2021, a true and correct copy of the foregoing was transmitted to clerk of court for service with initial process to the following:

TravelCenters of America Inc.
c/o Corporation Service Company, its Registered Agent
50 West Broad Street, Suite 1330
Columbus, OH 43215

/s/ *Marc R. Edelman*
MARC R. EDELMAN, ESQ.

2