IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| LEANDRE WILEY, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TA OPERATING LLC d/b/a Travel Centers of America,<br><br>　　　　Defendant. | CIVIL ACTION NO. 1:21-cv-01093<br><br>JUDGE: DAN A. POLSTER |

**JOINT MOTION FOR FINAL
APPROVAL OF CLASS ACTION SETTLEMENT**

　　For the reasons set forth in their Memorandum, Plaintiff LeAndre Wiley, on his own behalf and on behalf of the putative class, and Defendant TA Operating d/b/a Travel Centers of America respectfully ask the Court to grant final approval of the Settlement.

　　Dated this 12th day of December, 2022.

1

Respectfully submitted,

| | |
|---|---|
| **MARC R. EDELMAN** | */s/ Ryan J. Morley* |
| Florida Bar No. 0096342 | Ryan J. Morley (0077452) |
| medelman@forthepeople.com | rmorley@littler.com |
| **MORGAN & MORGAN, P.A.** | Morena L. Carter (0088825) |
| 201 N. Franklin Street, | mlcarter@littler.com |
| Suite 700 | Elizabeth B. Carter (0098694) |
| Tampa, Florida 33602 | ecarter@littler.com |
| (813) 223-5502 – telephone | Christian D. McFarland (0097756) |
| (813) 223-5402 – facsimile | cmcfarland@littler.com |
| *Counsel for Plaintiff* | |
| | **LITTLER MENDELSON P.C.** |
| | Key Tower |
| | 127 Public Square |
| | Suite 1600 |
| | Cleveland, OH 44114-9612 |
| | Telephone: 216.696.7600 |
| | Facsimile: 216.696.2038 |
| | |
| | Attorneys for Defendant |
| | TA Operating LLC d/b/a |
| | TravelCenters of America |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this 12th day of December 2022, the foregoing *Joint Motion for Final Approval of Class Action Settlement and Memorandum in Support* were electronically filed. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this document through the Court's electronic filing system.

*/s/ Ryan J. Morley*
Ryan J. Morley

One of the Attorneys for Defendant
TA Operating LLC d/b/a TravelCenters of America

4882-4698-3747.1 / 048210-1088